

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Mrs. B. B. Sapp
Executive Secretary
Teacher Retirement System of Texas
Austin, Texas

Dear Mrs. Sapp:

Opinion No. O-6619
Re: Eligibility of certain members
for Teacher Retirement benefits,
who have been transferred from
one State Department to another.

Whether a teacher who is on a leave
of absence from a school, may be
allowed to make deposits with
the Teacher Retirement System,
and be considered an active
member.

We are in receipt of your opinion request reading as follows:

"The following problems have been presented to this office. Will you please give your interpretation of procedure in these instances:

"1. Certain members of the Teacher Retirement System worked in the Cripple Children's Division under the supervision of the Department of Education. Since the supervision of the Cripple Children's Division has been transferred from the State Superintendent to the Department of Health, will the eligibility of these members for Teacher Retirement benefits be affected?

"2. May a teacher who is on a leave of absence from a school, and who receives full pay from said school, be allowed to make deposits with the Teacher Retirement System each month and be considered an active member?"

Mrs. E. D. Capp, page 2

Subsection (2) of Section 1, Article 2922-1, Vernon's
Revised Civil Statutes, reads as follows:

"(2) 'Public school' shall mean any educational
organization supported wholly or partly by the State under
the authority and supervision of a legally constituted
board or agency having authority and responsibility for
any function of public education."

Subsection (3) of the same Section is as follows:

"(3) 'Teacher' shall mean a person employed on
a full time, regular salary basis by boards of common
school districts, boards of independent school districts,
county school boards, Retirement Board of Trustees, State
Board of Education and State Department of Education, boards
of regents of colleges and universities, and any other legally
constituted board or agency of an educational institution or
organization supported wholly or partly by the State. In
all cases of doubt, the Retirement Board of Trustees herein-
after defined, shall determine whether a person is a teacher
as defined in this Act. A teacher shall mean a person render-
ing service to organized public education in professional
and business administration and supervision and in instruc-
tion, in public schools as defined in Subsection (2) of this
Section."

Subsection (4) of the same Section is as follows:

"(4) 'Taught' shall mean all regular services
contributing directly and indirectly to the instruction
offered by and through the teachers as defined in Sub-
section (3) of this Section."

Subsection (5) of the same Section is as follows:

"(5) 'Employer' shall mean the State of Texas and
any of its designated agents or agencies with responsibility
and authority for public education, such as the common and

independent school boards, the boards of regents of
State colleges and universities, the county school
boards, or any other agency of and within the State
by which a person may be employed for service in
public education."

You are advised that, in our opinion, the eligibility
of members for Teacher Retirement are not affected by the change
in supervision from the Department of Education to the Department
of Health.  Both departments are agencies of the State, by which
persons may be employed for service in public education.  Your
attention is directed to the following language found in subsection
(3), supra: "In all cases of doubt, the Retirement Board of Trus-
tees * * * shall determine whether a person is a teacher as de-
fined in this Act."

Your second question is answered in the negative.
No school district is authorized by law to pay a teacher full
pay unless the teacher renders some service to the school.  A
teacher on leave of absence for the entire school year is not
rendering service to her employer and should not be allowed to
make deposits with the Teachers' Retirement System.

We trust that we have satisfactorily answered your
inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUN    , 1945

By

C. F. Gibson
Assistant

ATTORNEY GENERAL OF TEXAS

CFG:EP


APPROVED
OPINION
COMMITTEE
BY BWB